**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-10397-FWS-MARx | Date: December 15, 2025 |
| Title: Hugo Moreno v. Jaime Moreno, et al. | |

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On October 29, 2025, Plaintiff filed a Complaint and a Request to Proceed In Forma Pauperis ("IFP request"). (Dkts. 1-2.) Plaintiff alleged trademark infringement and related unlawful acts. (Dkt. 1.)

On October 30, 2025, the court postponed a ruling on the IFP request and ordered Plaintiff to file an amended IFP request or pay the filing fee in 30 days. (Dkt. 12.) The court ordered Plaintiff to explain how his basic living expenses, such as housing, transportation and medical care, were covered. (*Id*.) The court also ordered Plaintiff to explain any inconsistencies between his initial IFP request and any amended IFP request. (*Id*.)

On November 6, 2025, Plaintiff filed an amended IFP request. (Dkt. 13.) The amended IFP request raised a different financial picture that was inconsistent with the initial IFP request in multiple respects without explanation. (*Id*.) Plaintiff reported, for the first time, $519 in monthly benefits, ownership of a car, and average monthly expenses totaling $2,583, including $300 in housing expenses and $1,985 in credit card expenses. (*Id*.)

On November 7, 2025, the court denied Plaintiff's IFP requests and ordered him to pay the filing fee in 30 days. (Dkt. 14.) The court found that Plaintiff had demonstrated an inability or unwillingness to verify his poverty with particularity, definiteness, and certainty. (*Id*.) Specifically, Plaintiff did not explain why his monthly benefits were greater than initially

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:25-cv-10397-FWS-MARx | Date: December 15, 2025 |
| Title: Hugo Moreno v. Jaime Moreno, et al. | |

reported, nor did he explain why he did not initially report his car ownership, housing expenses, and significant credit card expenses. (*Id*.)  The court also found that Plaintiff did not suggest any explanation for how his $519 in monthly benefits covered his average monthly expenses totaling $2,583.  (*Id*.)  The court warned Plaintiff that the failure to pay the filing fee within 30 days would result in the dismissal of this action without prejudice.  (*Id*.)

     As of this date, more than 30 days later, Plaintiff has not paid the filing fee or communicated with the court.  Accordingly, this action is dismissed without prejudice.

     **IT IS SO ORDERED.**

                                                                                Initials of Deputy Clerk:  rrp